IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID S. PERRYMAN,                    No. C-10-3138 TEH (PR)

        Plaintiff,

        v.                                ORDER OF DISMISSAL

SAN FRANCISCO SHERIFF'S
DEPARTMENT, et. al.,

        Defendant(s).
_____/

      This civil rights action by a prisoner was filed on July 19, 2010. Doc. #1. The Court notified Plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.

1  Doc. #3.
2          Over forty days have elapsed since Plaintiff was notified
3  of his filing deficiency; however, he has neither provided the Court
4  with the requisite items nor filed a request for an extension of
5  time to do so.  The action, therefore, is DISMISSED without
6  prejudice.
7          The Clerk shall terminate all pending motions as moot and
8  close the file.
9
10         IT IS SO ORDERED.
11
12  DATED    08/31/10                    _____
                                          THELTON E. HENDERSON
13                                        United States District Judge

26  G:\PRO-SE\TEH\CR.10\Perryman-10-3138-ifp-dismissal.wpd

**2**